# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:19-CV-379-RJC-DCK

| | | |
|---|---|---|
| MCI COMMUNICATIONS SERVICES, INC. | ) | |
| and  MCIMETRO ACCESS TRANSMISSION | ) | |
| SERVICES CORP., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THAYER POWER & COMMUNICATION | ) | |
| LINE CONSTRUCTION COMPANY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by Michael J. Byrne, concerning James J. Proszek on August 2, 2019.  Michael J. Byrne seeks to appear as counsel *pro hac vice* for Plaintiffs MCI Communications Services, Inc. and MCImetro Access Transmission Services Corp.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**.  James J. Proszek is hereby admitted *pro hac vice* to represent Plaintiffs MCI Communications Services, Inc. and MCImetro Access Transmission Services Corp.

**SO ORDERED**.

Signed: August 6, 2019

David C. Keesler
United States Magistrate Judge