IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-379-RJC-DCK

| | |
|---|---|
| MCI COMMUNICATIONS SERVICES, INC. and MCIMETRO ACCESS TRANSMISSION SERVICES CORP., ) ) ) ) Plaintiffs, ) ) v. ) ) THAYER POWER & COMMUNICATION LINE CONSTRUCTION COMPANY, LLC, ) ) ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Michael J. Byrne, concerning Katie N. Wagner on August 2, 2019. Katie N. Wagner seeks to appear as counsel *pro hac vice* for Plaintiffs MCI Communications Services, Inc. and MCImetro Access Transmission Services Corp. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Katie N. Wagner is hereby admitted *pro hac vice* to represent Plaintiffs MCI Communications Services, Inc. and MCImetro Access Transmission Services Corp.

**SO ORDERED**.

Signed: August 6, 2019

David C. Keesler
United States Magistrate Judge