# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-379-RJC-DCK

| | |
|---|---|
| MCI COMMUNICATIONS SERVICES, INC., and MCIMETRO ACCESS TRANSMISSION SERVICES CORP., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER** |
| THAYER POWER & COMMUNICATION LINE CONSTRUCTION COMPANY, LLC, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** regarding settlement of this case and the pending "…Motion To Compel" (Document No. 30). This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

"Plaintiffs' Notice Of Settlement" (Document No. 34) was filed on April 8, 2021, notifying the Court that the "above-captioned case has been settled by agreement of the Parties." The Court commends counsel and the parties for their efforts in resolving this matter.

Also pending before the Court is "Defendant's Motion To Compel" (Document No. 30), which the undersigned determines is now moot in light of the parties' settlement.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **May 10, 2021**.

**IT IS FURTHER ORDERED** that "Defendant's Motion To Compel" (Document No. 30) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: April 14, 2021

David C. Keesler
United States Magistrate Judge